# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Robert I. Greenberg,

v.

City of St. Paul, Christopher Coleman, et al

Case No. Civil 01-1411 DSD/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendants' motion for summary judgment is granted in its entirety.

Plaintiff's claims are dismissed with prejudice.

DATE: August 20, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

19